589 A.2d 1388

COMMONWEALTH of Pennsylvania,
STATE ETHICS COMMISSION

v.

Albert J. CRESSON; Robert R. Smith; Paul Vawryk; W.J. Mike Gretowski; Carl L. Gordner; Geraldine T. Dirner; Garnett L. Rainey; Gary S. Milliken; Thomas J. Dzambo; Darwin K. Luther; Loren R. Disque; Theodore Rizzo; John J. Fiorina; John E. Gera; Michael A. Gianetta; Vincent E. Byrne; William D. Ollendyke; John J. Lewis; Jason Kravitz; Stephen W. Metcalfe; Ronald D'Alfonso; Robert Copson, Sr.; George I. Trout; Susan E. Huie; Dorothy R. Smith.

Petition of Albert J. CRESSON, Garnett L. Rainey and John J. Fiorina.

No. 34 W.D. Misc. Dkt. 1991.

Supreme Court of Pennsylvania.

Argued May 6, 1991.

Decided May 10, 1991.

Robin Hittie, for State Ethics Com'n.

Charles M. Means, for petitioners.

Walter A. Bunt, for Gary A. Milliken.

Before NIX, C.J., and FLAHERTY, LARSEN, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order of Commonwealth Court reversed. Opinion to follow.